U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
SALMAN ZAHOOR
A 78 862 161

07CV6324
JUDGE HOLDERMAN
MAG. JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF

FILED
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Omar A. Abuzir |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Omar A. Abuzir |

| FIRM |
| --- |
| Khalaf, Abuzir & Mitchell, P.C. |

| STREET ADDRESS |
| --- |
| 10003 S. Roberts Rd. |

| CITY/STATE/ZIP |
| --- |
| Palos Hills, IL 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 43634 | 708-233-1122 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐